UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM HUFF Individually and on behalf of their minor children, H.H. and E.H., et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>INDIANA DEPARTMENT OF CHILD SERVICES, et al. )<br><br>Defendants. ) | No. 1:20-cv-02435-JRS-MJD |

**ORDER ON MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

This matter is before the Court on Plaintiffs' Motion for Leave to Proceed Anonymously. [Dkt. 6.] For the reasons set forth below, the Court **GRANTS** Plaintiffs' Motion.

### I.   Background

Plaintiffs Adam Huff and Laura Hope Huff bring this action on behalf of themselves and their minor children, H.H. and E.H., against Defendants, under the "Fourth and Fourteenth Amendments to the United States Constitution, 42 USC § 1983, Article I of the Indiana Constitution, and Indiana common law causes of action for trespass, negligent and/or intentional infliction of emotional distress, malicious prosecution, abuse of process, and violations of Ind. Code § 34-52-1-1." [Dkt. 1, 13.]

In the instant motion, Plaintiffs move for leave for their minor children to proceed anonymously under their initials. [Dkt. 6.] Defendant did not file a response to the motion.

## II. Discussion

Rule 10(a) of the Federal Rules of Civil Procedure requires a complaint to include the names of all the parties to the suit. That rule "instantiates the principle that judicial proceedings, civil as well as criminal, are to be conducted in public." *Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997). However, an exception to this rule is found under Fed. R. Civ. P. 5.2(2)(3), declaring "the name of an individual known to be a minor . . . may include only . . . the minor's initials." Therefore, as a general rule, "minors are entitled to litigate anonymously." *E.A. V. Gardner*, 929 F.3d 922 (7th Cir. 2019). Consequently, H.H. and E.H. will only be referred to in this case by their initials.

## III. Conclusion

For the reasons set forth above, Plaintiffs Motion for Leave to Proceed Anonymously [Dkt. 6] is **GRANTED.**

SO ORDERED.

Dated: 15 OCT 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.