UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM HUFF and LAURA HUFF, individually and on behalf of their minor children, E.H. & H.H., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA DEPARTMENT OF CHILD SERVICES, MAEQUANDA DONALDSON, JAYIA ALEXANDER, AMBER JOHNSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) CAUSE NO. 1:20-cv-02435-JRS-MJD ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their counsel, respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Costs paid.

**So Stipulated.**

Date: January 13, 2023                                                 Respectfully submitted,

/s/ Gustavo A. Jimenez
Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53
Office of the Indiana Attorney General
Indiana Gov't Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone: (317) 234-2623
Fax: (317) 232-7979
Email: Gustavo.Jimenez@atg.in.gov
*Counsel for Defendants*

/s/ Thomas W. Blessing
Thomas W. Blessing
Attorney No. 15696-49
MASSILLAMANY JETER & CARSON LLP
11650 Lantern Road, Suite 204
Fishers, IN 46038
Email: tom@mjcattorneys.com
*Counsel for Plaintiffs*